[No. 4456–4–III.   Division Three.   July 13, 1982.]

*In the Matter of the Marriage of* JOSEPH M.
WALL, JR., *Appellant, and* SHARON R.
WALL, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–3–01683–3, John J. Ripple, J., entered March 5, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Roe, J., concurred in by Munson and Reed, J.

[No. 4860–8–III.   Division Three.   July 13, 1982.]

TERRENCE W. KELLY, *Appellant,* v. AETNA CASUALTY
& SURETY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 28685, Philip H. Faris, J., entered April 17, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, J., McInturff, C.J., dissenting.

[No. 4557–9–III.   Division Three.   July 13, 1982.]

MICHAEL JUTILA, *Respondent,* v. BENJAMIN
L. MIDDLETON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 22364, Sidney R. Buckley, J., entered April 17, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.